CHARLES OBERLANDER et al., Respondents, *v.* CASPER SPIESS et al., Appellants.

*Oberlander* v. *Spiess* (4 Hun, 665), reversed.

(Argued November 20, 1875; decided December 14, 1875.)

THIS was an action for fraud. The decision upon a former appeal is reported in 45 N. Y., 175. Upon the last trial, the referee found that the alleged fraudulent statements were made in good faith; defendant believing them to be true. The General Term reversed the decision. (See 4 Hun, 665.) A majority of the court, while agreeing in result, did not concur in the reasons stated in opinion for reversal of order of General Term. It is, therefore, not reported.

*Stephen H. Olin* for the appellants.

*Henry A. Beman* for the respondents.

MILLER, J., reads for reversal of order and for affirmance of judgment entered on report of referee; RAPALLO and EARL, JJ., concur; ANDREWS, J., concurs in result; CHURCH, Ch. J., and ALLEN, J., not voting; FOLGER, J., not sitting.
Order reversed and judgment accordingly.